UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>DLT A, L.L.C.,<br><br>                              Defendant. | NO:  1:22-CV-3080-TOR<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

BEFORE THE COURT is the United States' Notice of Voluntary Dismissal (ECF No. 4).  The United States represents a settlement has been reached between the parties and requests dismissal with prejudice.  The Court has reviewed the record and files herein and is fully informed.  Because Defendant has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case.  Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Pursuant to Rule 41(a)(1)(A)(i) this action is **DISMISSED** with prejudice and without costs.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1    The District Court Executive is directed to enter this Order and Judgment of

2 Dismissal, furnish copies to counsel, and **CLOSE** the file.

3    DATED July 25, 2022.



4

5                        THOMAS O. RICE
                  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER OF DISMISSAL WITH PREJUDICE ~ 2